**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1666**

---

ROSALIE T. JOHNSON, Evangelist,

Plaintiff - Appellant,

versus

OLSTEN KIMBERLY QUALITYCARE,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-96-3250-2-18AJ)

---

Submitted:  November 12, 1997        Decided:  January 9, 1998

---

Before MURNAGHAN and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rosalie T. Johnson, Appellant Pro Se.  Kathryn Thomas, GIGNILLIAT,
SAVITZ & BETTIS, Columbia, South Carolina; Gregory Scott Richters,
IRVIN, STANFORD & KESSLER, Atlanta, Georgia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Appellee. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Olsten Kimberly Qualitycare, No. CA-96-3250-2-18AJ (D.S.C. May 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED